_____

No. 95-2237
_____

Gerald L. Brumley,                    *
                                      *
          Appellant,                  *  Appeal from the United States
                                      *  District Court for the Eastern
     v.                               *  District of Arkansas.
                                      *
Dept. of Labor,                       *          [UNPUBLISHED]
                                      *
          Appellee.                   *
                       _____

               Submitted:  March 6, 1996

                  Filed:  March 12, 1996
                       _____

Before FAGG, BOWMAN, and HANSEN, Circuit Judges.
                       _____

PER CURIAM.


     The District Court,[1] concluding that the Privacy Act's two-year
statute of limitations barred Brumley's action, granted summary judgment
in favor of the Department of Labor.  Brumley appeals.  After careful
review, we do not find any error of law to warrant reversal.  Accordingly,
the judgment of the District Court is affirmed.  See 8th Cir. R. 47B.


     A true copy.


     Attest:


          CLERK, U. S. COURT OF APPEALS, EIGHTH CIRCUIT.


_____

     [1]The Honorable William R. Wilson, Jr., United States District
Judge for the Eastern District of Arkansas.